■ PHILIP E. STORZ et al., Appellants, v. MARY A. TITCOMB, Respondent. — In an action to restrain the maintenance of an obstruction in a certain right of way, and to recover damages, the appeal is (1) from so much of a judgment (described in the notice of appeal as an " Order, Judgment and Decree ") entered after trial as, inter alia, dismissed the complaint, and (2) from a " decision and determination" made on the trial which denied a request for a continuance of the trial upon the representation that a certain survey would become available for introduction into evidence and that a surveyor to prove the making of said survey would be produced as a witness. Judgment insofar as appealed from affirmed, with costs. No opinion. Appeal

from " decision and determination " dismissed, without costs. No separate appeal lies from a ruling made during the course of a trial. Wenzel, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur; Murphy, J., concurs in the dismissal of the appeal from the " decision and determination" but dissents from the affirmance of the judgment and votes to reverse the judgment insofar as appealed from and to grant a new trial of the issues raised by the complaint and the answer, with the following memorandum: The survey should have been admitted into evidence, and it may have been prejudicial error not to have it considered by the Trial Justice.